**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM RIDLEY,<br>Plaintiff<br>v.<br>ALBERTSON'S LLC,<br>Defendant | Case No.: 2:26-cv-01994-APG-NJK<br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Albertson's LLC's response to the order to show cause (ECF No. 5), I ORDER that the order to show cause (ECF No. 4) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 14th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE